UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIGEL FREDRICKS,<br><br>                               Plaintiff,<br><br>      -against-<br><br>CATHERINE O'HAGAN WOLFE,<br><br>Clerk of Court,<br><br>                               Defendant. | 24cv5584 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the September 23, 2024, order, this action is dismissed. The Court has denied Plaintiff's construed request to proceed IFP, and this action is dismissed without prejudice, under the PLRA's "three-strikes" rule.5 28 U.S.C. § 1915(g). Plaintiff remains barred from filing any future federal civil action IFP while he is a prisoner, unless he is under imminent danger of serious physical injury. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). SO ORDERED.

Dated:   September 25, 2024
            New York, New York

                                                        /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                     Chief United States District Judge